# Order

Michigan Supreme Court
Lansing, Michigan

December 9, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142615(29)(31)(34)(36)(38)

DOREEN JOSEPH,
　　　　　　Plaintiff-Appellee,

v

A.C.I.A.,
　　　　　　Defendant-Appellant.

SC: 142615
COA: 302508
Macomb CC: 2009-005726-CK

_____

　　　　On order of the Chief Justice, motions by The Coalition Protecting Auto No-Fault, Titan Insurance Company, Insurance Institute of Michigan, and the Michigan Catastrophic Claims Association for leave to file briefs *amicus curiae* are considered and they are granted. The motion by Michigan Defense Trial Counsel for extension of the time for filing their brief *amicus curiae* is granted.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 9, 2011

Clerk